[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13092
Non-Argument Calendar
_____

D.C. Docket No. 1:12-cr-00013-WLS-TQL-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHNNIE KENON,
a.k.a. Spote,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(March 24, 2014)

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Jason Moon, appointed counsel for Johnnie Kenon in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Kenon's conviction and sentence are **AFFIRMED**.